369 A.2d 724

**In re Petition for Involuntary Relinquishment of Parental Rights of HAROLD R.**

**Appeal of DOLORES R.**

Supreme Court of Pennsylvania.

Submitted Nov. 15, 1976.

Decided Feb. 28, 1977.

John J. Furey, Hazleton, for appellant.

Edward H. Vermillion, Lehighton, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.